**(FOR USE IN CIVIL CASES WITH MAGISTRATE JUDGE AS PRESIDER)**

*RETURN THIS FORM TO THE CLERK'S OFFICE NOT LATER THAN FOURTEEN (14) DAYS FROM YOUR APPEARANCE IN THIS CASE. Do **NOT** electronically file this document!*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

|                           |   |                          |
|---------------------------|---|--------------------------|
|                           | ) |                          |
|                           | ) |                          |
| Plaintiff,                | ) |                          |
|                           | ) |                          |
| vs.                       | ) |                          |
|                           | ) | Case No. _____   |
|                           | ) |                          |
| Defendant.                | ) |                          |
|                           | ) |                          |
|                           | ) |                          |

**CONSENT TO EXERCISE OF JURISDICTION BY**
**UNITED STATES MAGISTRATE JUDGE**

In accordance with provisions of Title 28, U.S.C. Sec. 636(c)(1), the undersigned (party)(counsel of record for _____) in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial and entry of a final judgment, with direct review by the Ninth Circuit of Appeals if an appeal is filed.

Date: _____     _____
                                  Signature

                                  _____
                                  Print Name
= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =
**DISTRICT JUDGE OPTION**

Pursuant to Title 28, U.S.C. Sec. 636(c)(2) the undersigned (party)(counsel of record for _____) in the above captioned civil matter acknowledges the availability of a United States Magistrate Judge but elects to have this case randomly assigned to a United States District Judge.

Date: _____     _____
                                  Signature

                                  _____
                                  Print Name

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing Consent was served (by mail) (by hand delivery) on all parties of record in this case, this _____ day of _____, 20___.

                                  _____
                                  Signature