UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>$10,882 in U.S. Currency,<br><br>　　　　　Defendant. | CIV 10-024 TUC DTF<br><br>**STIPULATED JUDGMENT FOR FORFEITURE**<br><br>**CERTIFICATE OF REASONABLE CAUSE** |

Pursuant to written stipulation filed herein by the parties, and after due process of notice being given to all interested parties through publication and personal notice, and good cause appearing therefor:

IT IS ORDERED that all right, title and interest in a portion of the defendant currency, that is, $10,000 U.S. Currency, is hereby forfeited to and vested in the United States. The balance of $882 shall be released to the claimant through his attorney of record.

IT IS FURTHER ORDERED that claimant, Miguel Angel Moreno, knowingly and voluntarily waives all constitutional, legal and equitable defenses to the forfeiture of the defendant $10,000 U.S. Currency. Miguel Angel Moreno agrees to waive any claim or defense under the Eighth Amendment to the United States Constitution, including any claim of excessive fine, to the forfeiture of the defendant $10,000 U.S. Currency by the United States.

IT IS FURTHER ORDERED that Miguel Angel Moreno shall not be entitled to costs or attorneys' fees, and that the person or persons who made the seizure shall not be liable to suit or judgment on account of such seizure, in accord with Title 28, United States Code, Section 2465.

1    IT IS FURTHER ORDERED that upon Plaintiff's application to issue a certificate of reasonable cause, having reviewed the record in this case, and being otherwise duly advised, the Court hereby grants a Certificate of Reasonable Cause.

   IT IS FURTHER ORDERED that the defendant $10,000 U.S. currency forfeited to the United States herein shall be disposed of by the Customs and Border Protection according to law.