**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United State of America          ) | |
|                                  ) | |
|             Plaintiff(s),  )  | |
|                                  ) | |
|             v.                 ) | CIV 10-cv-0024-TUC-DTF |
|                                  ) | |
| $10,882 in US Currency      ) | |
|             Defendant      ) | |
| Miguel Angel Moreno         ) | |
|                                  ) | **ORDER TO** |
|             Claimants.     ) | **SHOW CAUSE** |
|                                  ) | |

This action has been assigned to a United States Magistrate Judge pursuant to LRCiv 3.8(a) of the United States District Court for the District of Arizona.  Each party is required to execute and file within twenty days of its appearance either a written consent to the exercise of authority by the magistrate judge under 28 U.S.C. § 636(c), or a written election to have the action reassigned to a district judge. Plaintiff appeared in this action more than twenty days ago, but have not yet filed the required election form.

   **IT IS ORDERED** that if the above **claimant** fails to file the appropriate election form by **5:00 p.m. on 04/23/10** above **Claimant** shall appear[1] before Chief Judge/Administrative Judge **John M. Roll** of the Tucson Division of this Court at 405 W Congress 5th Floor at **10:45 am.** on Monday **04/26/10** and show good cause for the failure to comply with Local Rule LRCiv 3.8(a).   The hearing before the Chief Judge/Administrative Judge will be automatically vacated and the party need not appear if the party files a completed election form by the 5:00

---

[1] Incarcerated parties shall appear telephonically and shall make arrangements for such appearance in advance of the hearing.

1  p.m. deadline set forth above.  An additional copy of the election form

2  is included with this Order.

3        **IT IS FURTHER ORDERED** that the assignment of this action to the

4  Magistrate Judge remains in effect for all purposes pending completion

5  of the election process.  Involvement of the Chief Judge/Administrative

6  Judge in this matter is limited to this show cause hearing, unless the

7  magistrate judge assignment is ordered withdrawn pursuant to 28 U. S. C.

8  § 636(b)(1)(A), at which time the case would be randomly reassigned to

9  a district judge.

10

11        DATED this__8__ day of _April___,2010.

12
                                    RICHARD H. WEARE
13                                  District Court Executive/Clerk of Court

14

15
                                    By:____s/ Lisa Flores_____
16                                         Deputy Clerk

17

18

19

20

21

22

23

24

25

26

27

28